UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KIM CONDRA LOEWENSTEIN, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | No. 1:20-cv-0135-TAV-SKL |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| *Defendant*. | ) | |

**REPORT AND RECOMMENDATION**

Plaintiff Kim Condra Loewenstein ("Plaintiff") brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c) seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying her disability insurance benefits and supplemental security income. She filed her complaint on May 29, 2020 [Doc. 1], with a motion to proceed in forma pauperis ("IFP") and a request for an extension of 30 days to submit the supporting application/affidavit to proceed IFP [Doc. 2]. On June 30, 2020, I entered an Order requiring Plaintiff to file her application to proceed IFP by July 29, 2020 [Doc. 5]. After Plaintiff failed to do so (or to pay the filing fee), I entered an Order to Show Cause as to why the case should not be dismissed for failure to prosecute [Doc. 6]. On January 22, 2021, counsel for Plaintiff filed a response to the Order to Show Cause, indicating he has lost contact with Plaintiff and "has not been able to communicate with her in over six months" despite "many attempts to do so." [Doc. 7].

In light of the foregoing, I deem the Order to Show Cause satisfied and I **RECOMMEND**[1] that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to

---

[1] Any objections to this report and recommendation must be served and filed within fourteen (14)

Federal Rule of Civil Procedure 41.  Counsel for Plaintiff is **ORDERED** to mail a copy of this Report and Recommendation to Plaintiff at her last known address.

ENTER:

/s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

days after service of a copy of this recommended disposition on the objecting party.  Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure.  Failure to file objections within the time specified waives the right to appeal the district court's order.  *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985).  The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general.  *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986).  Only specific objections are reserved for appellate review.  *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).

2

Case 1:20-cv-00135-TAV-SKL    Document 8    Filed 01/26/21    Page 2 of 2    PageID #: 19